IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

SEP 09 2008
J. T. NOBLIN, CLERK
BY_____ DEPUTY

UNITED STATES OF AMERICA                                                    PLAINTIFF

vs.                                                    CIVIL ACTION NO. 5:08CV237DCB-JMR

SHARON K. BODDY                                                            DEFENDANT

## CONSENT JUDGMENT

The plaintiff and defendant, as shown by their signatures below, have agreed to this Consent Judgment for the disposition of claims asserted by the plaintiff herein;

IT IS HEREBY ORDERED AND ADJUDGED that the United States of America have and recover of and from the defendant, Sharon K. Boddy (defendant), the sum of $1,000.00 to be paid within 90 days from date of signature and upon payment of the $1,000.00 the United States will write-off all remaining principal plus interest.

ALSO, should defendant fail to pay the $1,000.00 within 90 days from the date of signature the United States will submit a Judgment for the full amount owed by defendant, which is $3,825.95 ($2,622.18 principal and $1,203.77 interest accrued through May 2008) plus filing fees costs in the amount of $350.00.

I agree to pay the $1,000.00 within the next 90 days or in the alternative to pay $333.33 for the next three months beginning with the first payment due on August 25, 2008 until the sum of $1,000 is paid in full.

I acknowledge service of Complaint in this cause via certified mail and return receipt requested.

ORDERED AND ADJUDGED this 27th day of August, 2008.

*David Bramlette*
UNITED STATES DISTRICT JUDGE

APPROVED:

*[signature]*
PSHON BARRETT
Assistant U. S. Attorney

8/21/08
Date

*[signature]*
SHARON K. BODDY
Defendant

8/12/08
Date